DISMISS; Opinion Filed November 13, 2012.



In The

# Court of Appeals
## Fifth District of Texas at Dallas

___

### No. 05-12-01059-CV

___

### JOSE ROSALES AND SABRINA ROSALES, Appellants

### V.

### JEFFREY GALLAGHER AND SUSAN GALLAGHER, Appellees

___

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-02266-2011**

___

## MEMORANDUM OPINION

Before Justices Moseley, Fillmore, and Myers
Opinion By Justice Moseley

Our jurisdiction is fundamental and, subject to a few mostly statutory exceptions, invoked only upon the timely filing of a notice of appeal from a final judgment. TEX. R. APP. P. 25.1(b), 26.1; *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *K & S Interests, Inc. v. Tex. Am. Bank/Dallas*, 749 S.W.2d 887, 890 (Tex. App.—Dallas 1988, writ denied). The judgment Jose and Sabrina Rosales challenge in this appeal was signed April 27, 2012. The Rosaleses timely filed a motion for new trial, making their notice of appeal due July 26, 2012, or with an extension motion, August 10, 2012. *See* TEX. R. APP. P. 26.1(a), 26.3. The notice of appeal was filed July 31, 2012, but without an extension motion.

Because a motion for extension of time is necessarily implied when an appellant acting in

good faith files a notice of appeal within fifteen days of the date it is due, we directed the Rosaleses, by letter dated October 12, 2012, to file an extension motion that complied with rule of appellate procedure 10.5(b). *See* TEX. R. APP. P. 10.5(b), 26.3(b); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (1997). We directed the Rosaleses to file the motion by October 22, 2012 and cautioned them that the appeal would be dismissed without further notice if they failed to comply. *See id.* 42.3(a). To date, the Rosaleses have not filed an extension motion or otherwise communicated with the Court. Accordingly, we dismiss the appeal. *See id.*

_____
JIM MOSELEY
JUSTICE

121059F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JOSE ROSALES AND SABRINA ROSALES, Appellants

No. 05-12-01059-CV      V.

JEFFREY GALLAGHER AND SUSAN GALLAGHER, Appellees

Appeal from the 380th Judicial District Court of Collin County, Texas. (Tr.Ct.No. 380-02266-2011).

Opinion delivered by Justice Moseley, Justices Fillmore and Myers participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that appellees Jeffrey Gallagher and Susan Gallagher recover their costs, if any, of this appeal from appellants Jose Rosales and Sabrina Rosales.

Judgment entered November 13, 2012.

_____
JIM MOSELEY
JUSTICE